UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0629M-01 (CR) |
| | : | MAGISTRATE NO. 07-0629M-02 (CR) |
| **LATISHA WARREN,** | : | |
| **ORVIE R. ADAMS,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iv) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 100 Grams of Phencyclidine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about December 8, 2007, within the District of Columbia, **LATISHA WARREN and ORVIE R. ADAMS,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 United States Code, Section 2)

## COUNT TWO

On or about December 8, 2007, within the District of Columbia, **LATISHA WARREN and ORVIE R. ADAMS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a mixture and substance of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

> (**Unlawful Possession With Intent to Distribute 100 Grams or More of Phencyclidine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about December 8, 2007, within the District of Columbia, **LATISHA WARREN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which she may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which is incorporated herein, a firearms, that is, a Smith & Wesson .40 caliber handgun, a Glock 10mm handgun, and a Kel Tec 9mm handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about December 8, 2007, within the District of Columbia, **ORVIE R. ADAMS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is,

Counts One and Two of this Indictment which is incorporated herein, a firearms, that is, a Smith & Wesson .40 caliber handgun, a Glock 10mm handgun, and a Kel Tec 9mm handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.