IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 07-344 (RMC) |
| ORVIE R ADAMS | : | |

<u>LINE OF APPEARANCE</u>

Clerk of the Court:

    Please enter the appearance of Spencer M. Hecht, and the law firm of Hecht & Associates, on behalf of the Defendant, Orvie R. Adams, in connection with the above-captioned matter.  Thank you.

                                              Respectfully Submitted,

                                              HECHT & ASSOCIATES

                                              ____/s/_____
                                              Spencer M. Hecht (Bar #484059)
                                              801 Wayne Avenue
                                              Suite 400
                                              Silver Spring, Maryland 20910
                                              P: (301) 587-2099
                                              F: (301) 587-2044
                                              Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of December 2007, I served the foregoing "Line of Appearance" on the following persons via U.S. Mail, first-class, postage prepaid, in addition to standard ECF filing:

Michelle M. Peterson, Esq.
Federal Public Defender for D.C.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004-2923

Gilberto Guerrero, Jr., Esq,
Office of the United States Attorney
555 4th Street, Room 9846
Washington, D.C. 20004

__/s/_____
Spencer M. Hecht