IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No.: 07-344 (RMC) |
| ORVIE R. ADAMS | : | |

<u>MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS</u>

COMES NOW, the Defendant, Orvie R. Adams, (hereinafter "Defendant"), by and through undersigned counsel, Spencer M. Hecht, and the law firm of Hecht & Associates, and pursuant to FRCP 16, respectfully requests this Honorable Court compel the Government to furnish the Defendant with the information and documents specified in this Motion. In support thereof, the Defendant states the following:

(a) The requests extend to material and information in the possession or control of the Government's Attorney, members of his staff, and any others who have participated in the investigation or evaluation of the case, and who either regularly report or, with reference to the particular case, have reported to the Government's Attorney or his office.

(b) The purpose of the requests is to obtain disclosure of material and information to the fullest extent authorized and directed by Statutes and Case Law, and this general purpose shall supersede any language or expression which might otherwise appear to be a limitation upon the object or scope of any request.

(c) Material and information discovered by the Government's Attorney after his initial compliance with these requests, shall be furnished promptly after such discovery.

(d) These requests are in no way to be considered a waiver of the information required to be furnished without request of the Government's Attorney.

Information and documents to be produced:

1. Furnish to the Defendant (a) any material or information which tends to negate the guilt of the Defendant as to the offenses charged, (b) any material or information within his possession or control which would tend to reduce the Defendant's punishment for such offenses, (c) any relevant material or information regarding the searches and seizures of the Defendant and of the vehicle searched in this case, and (d) any relevant material or information regarding pretrial identification of the Defendant by a witness for the State.

2. Disclose the name and address of each person whom the Government intends to call as a witness at a hearing or trial to provide its case in chief.

3. Furnish the Defendant's counsel with copies of any and all written memoranda which any of the Government's witnesses will take with them to the witness stand or refer to while testifying during the Government's case in chief.

4. Furnish a copy of each written or recorded statement made by the Defendant to a State agent which the Government intends to use at a hearing or trial.

5. Furnish the substance of each oral statement made by the Defendant to a Government agent, which the Government intends to use at a hearing or trial.

6. Furnish a copy of all reports of each oral statement made by the Defendant to a Government agent, which the Government intends to use at a hearing or trial.

7. Furnish a copy of each written or recorded statement made by a codefendant, and/or accomplice, to a Government agent, which the Government intends to use at a hearing or trial.

8. Furnish the substance of each oral statement made by a codefendant, and/or accomplice, to a Government agent which the Government intends to use at a hearing or trial.

Identify by giving home and business addresses and telephone numbers of the persons who heard the statement or who were within earshot of them.

9. Furnish copies of all statements and the substances of each oral statement made by any persons, written, oral, or recorded statements, or written,, oral or recorded confessions or admission whether reduced to writing or not, or summarized in police reports of not, made by this Defendant, which the Government proposes to produce as evidence in this cause. This request includes, but is not limited to, any alleged conversations by the Defendant with any persons who claim to have overheard the Defendant in any conversation.

10. Produce and permit the Defendant to inspect and copy all written reports or statements made in connection with the Defendant's case by each expert consulted by the Government, including the results of any scientific test, experiment or comparison.

11. Furnish the substance of any oral report and conclusion made in connection with the Defendant's case by each expert consulted by the Government, including the results of any scientific test, experiment or comparison.

12. Produce and permit the Defendant to inspect and copy any books, papers, documents, store surveillance tapes, recordings or photographs which the Government intends to use at a hearing or trial.

13. Produce and permit the Defendant to inspect and photograph any tangible objects which the Government intends to use at a hearing or trial.

14. Produce and permit the Defendant to inspect, copy and photograph any item obtained from or belonging to the Defendant whether or not the Government intends to use the item at a hearing or trial.

15. Provide the defense with the name and addresses of any informants, confidential or otherwise, who participated in the alleged illegal act which is the basis for this Indictment, or who participated in any illegal act which formed any part of the basis for any warrant or process issued and executed in this case, or who participated in any illegal act which was relied upon by any law enforcement official as probable cause to made an arrest and/or search in this case.

16. Disclose any promises, understandings or agreements made with any state's witness for his agreement to testify in this case.

17. Identify (and include duty stations) the members of any police department or other government agency who participated in the investigation, pursuit, arrest or interrogation of the Defendant in this case.

18. Furnish copies of any and all statements or reports of prosecution witnesses which have been reduced to writing.

19. Furnish photo static copies of all crime laboratory reports pertaining to this case.

20. Furnish copies of all offense reports or other official police reports pertaining to these offenses.

21. Allow the Defendant to see, inspect and view any photographs, film, slides, or moving pictures containing relevant evidence in this case which the Government has in its possession or intends to use in trial.

22. Produce and permit Defendant to inspect and copy any warrants, affidavits, inventories and other related papers involved in these proceedings.

23. Furnish to the Defendant a list of all Government's witnesses who have criminal records, as well as the alleged victim, giving dates and places of each conviction, the nature of the offense and the disposition of sentencing.

WHEREFORE, pursuant to FRCP 16, and in the interests of justice, Defendant, Orvie R. Adams, respectfully requests this Honorable Court compel the United States of America to provide any and all discovery requested herein.

        Respectfully Submitted,

        HECHT & ASSOCIATES

        _____/s/_____
        Spencer M. Hecht (Bar #484059)
        801 Wayne Avenue
        Suite 400
        Silver Spring, Maryland 20910
        P: (301) 587-2099
        F: (301) 587-4559
        Counsel for Defendant