UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-344-01 (RMC) |
| v. : | |
| : | |
| LATISHA WARREN, : | |
| Defendant. : | |

### GOVERNMENT'S NOTICE REGARDING THE DEFENDANT'S RECENT CONDUCT WHILE ON RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this notice to apprise the Court of the defendant's conduct on January 7, 2008.

On December 13, 2007, the defendant and co-defendant Orvie Adams were each indicted for possession with intent to distribute ("PWID") cocaine; PWID 100 grams or more of PCP; and using carrying, and possessing a firearm during a drug trafficking offense. The indictment related to the results of a search warrant that was executed on December 8, 2007, at the defendant's residence at 340 Decatur Street in Northwest Washington, D.C. (The defendant was home at time the warrant was executed. She was the lessee of the residence; Adams was her co-habitating paramour.) Pursuant to the execution of the search warrant, law enforcement members recovered, inter alia, the following items: approximately 370 grams of cocaine from the defendant's bedroom; 21 one-half ounce bottles containing PCP from inside of the freezer in the kitchen; three fully-loaded, semi-automatic pistols from the defendant's bedroom (one of which was found in a dresser drawer amongst female undergarments); over $7,000 in cash from the defendant's bedroom; two digital scales, numerous empty small ziplock bags, eye droppers, a talley book, and numerous empty bottles

similar to the ones containing the PCP, all of which were found in the kitchen; and mail matter containing both the defendant's name and the 340 Decatur Street address.

The defendant, who has a prior narcotics felony conviction, was arraigned before Magistrate Judge Facciola on December 13, 2007. On the same date, the government's request for pre-trial detention as to the defendant was denied, and she was ordered released upon posting a $50,000 bond. The defendant was also ordered to, among other things, reside in Maryland and stay out of the District of Columbia unless consulting with her attorney or reporting to the D.C. Pretrial Services Agency.

At approximately 3:25 p.m. on January 7, 2008, in the area of Sixth Street and Keefer Place in Northwest Washington, D.C. (which the police know to be an area of significant narcotics-trafficking activity), the defendant was observed by a police detective sitting in the passenger seat of an idle silver Jaguar automobile. When the defendant, who knows the detective, observed him, she immediately looked away. The detective also observed that Jerald "Tiny" Williams was in the driver's seat of the vehicle. Williams, as the detective knew, is a convicted felon; he has prior convictions for assault with a dangerous weapon (knife), PWID cocaine, PWID marijuana, possession of PCP, and possession of marijuana. The detective later saw a large amount of cash in the armrest of the driver-side door of the luxury car. After Williams stepped out of the vehicle, the detective observed a small ziplock bag containing a white powder substance on the driver's seat. The substance, which weighed about one gram, field-tested positive for cocaine hydrochloride, and $674 was subsequently recovered from the driver-side door. When the defendant was asked what she was doing in the area, she said that she was visiting her attorney – but gave the name of an attorney who was not Mr. Sussman, her lawyer in this case. The defendant and Williams were

arrested and charged with possession of cocaine; however, the United States Attorney's Office did not "paper" the charge as to the defendant.

We inform the Court of the foregoing because the defendant was observed in the District of Columbia in a high narcotics-trafficking area in the company of a convicted drug dealer who, at a minimum, was in the possession of cocaine, but more likely was, or had just been, in the process of dealing narcotics.

WHEREFORE, we respectfully request that the Court take any action it deems appropriate with regard to the defendant's conditions of release.

        Respectfully submitted,

        Jeffrey A. Taylor
        United States Attorney
        DC Bar No. 498610

        Gilberto Guerrero, Jr.
        Assistant United States Attorney
        KS Bar No. 19271
        555 Fourth Street, N.W., Room 4814
        Washington, DC 20530
        office: 514-7298; facsimile: 514-7298
        gilberto.guerrero@usdoj.gov

          /s/
By:  _____
        Gregory G. Marshall
        Assistant United States Attorney
        NY Bar
        555 Fourth Street, N.W., Room 4126
        Washington, DC 20530
        office: 353-7557; facsimile: 514-8707
        gregory.marshall@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served, via electronic case filing, upon counsel for the defendant on this 10th day of January, 2008.

/s/

_____
Gregory G. Marshall
Assistant United States Attorney